**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1428**

ROGER WILSON,

Plaintiff - Appellant,

v.

U.S. GOV'T; STATE OF MARYLAND,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:18-cv-00772-GLR)

Submitted: July 26, 2018                    Decided: July 30, 2018

Before GREGORY, Chief Judge, and FLOYD, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Roger Wilson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Wilson appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilson v. U.S. Gov't*, No. 1:18-cv-00772-GLR (D. Md. filed Apr. 5 & entered Apr. 6, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*